Certificate Number: 15317-PAM-DE-033246711

Bankruptcy Case Number: 19-02876



15317-PAM-DE-033246711

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 13, 2019</u>, at <u>10:35</u> o'clock <u>AM PDT</u>, <u>Marsha L Whary</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 13, 2019</u>    By: <u>/s/Jerico Dable</u>

Name: <u>Jerico Dable</u>

Title: <u>Counselor</u>