UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MATTHEW ALBERT WHARY and<br>MARSHA LYNN WHARY<br>    Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| MATTHEW ALBERT WHARY and<br>MARSHA LYNN WHARY<br>    Respondent(s) | : | CASE NO. 4-19-bk-02876 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 12th day of September, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required

2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. Paystub for month ending September 30, 2019 (4 months).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                              Respectfully submitted:

                              /s/Charles J. DeHart, III
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 16th day of September, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Sheppard, Esquire
2201 North 2nd Street
Harrisburg, PA 17110

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee