```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 19-02876-RNO
Matthew Albert Whary                                            Chapter 13
Marsha Lynn Whary
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-4        User: DGeorge         Page 1 of 1          Date Rcvd: Nov 07, 2019
                            Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.
              +CKC Trucking, Inc.,   188 Derl Road,   Herndon, PA 17830-6944

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com, PitEcf@weltman.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor 2 Marsha Lynn Whary jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              James P Sheppard    on behalf of Debtor 1 Matthew Albert Whary jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Carmax Auto Finance, c/o Morton & Craig LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| **Matthew Albert Whary** | : | |
| aka Matthew A. Whary | : | CASE NO.   4:19-bk-02876 |
| **Marsha Lynn Whary** | : | |
| aka Marsha L. Whary | : | |
| | : | |
| **Debtors** | : | |

## ORDER TO PAY TRUSTEE

Upon consideration of the above-named Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court the entity from whom the Debtor receives income:

**CKC Trucking, Inc.**
**188 Derl Road**
**Herndon, PA  17830**

deduct from said income the sum of $213.69 per bi-weekly pay, which equals $463.00 monthly, beginning on the next pay day following receipt of this Order, and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

**CHARLES J. DEHART, III, ESQUIRE**
**P.O. Box 7005**
**Lancaster, PA 17604**

IT IS FURTHER ORDERED that checks issued to the Trustee pursuant to this order shall include the above-captioned docket number on the face of the check.

IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, support or union dues be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that if the Debtor becomes the employee of a different employer, this order shall be deemed amended to substitute the new employer as the payor.

IT IS FURTHER ORDERED that this Order shall terminate without further order on 07/31/2024 if it is not terminated by earlier order or by conversion or dismissal of the case or by written correspondence from the Trustee.

Dated: November 7, 2019 By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)