```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 19-02876-RNO
Matthew Albert Whary                                                    Chapter 13
Marsha Lynn Whary
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-4          User: PamelaRad              Page 1 of 2                  Date Rcvd: Nov 14, 2019
                              Form ID: ordsmiss            Total Noticed: 56
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.

```
db/jdb         Matthew Albert Whary,   Marsha Lynn Whary,   255 State Route 147,   Dalmatia, PA  17017-7346
cr            +Carmax Auto Finance, c/o Morton & Craig LLC,   110 Marter Avenue,   Suite 301,
               Moorestown, NJ 08057-3124
5237355       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
5218655        Buddy's Home Furnishings,   461 N Enola Rd,   Enola, PA 17025-2128
5218657        Carmax,   PO Box 440609,   Kennesaw, GA 30160-9511
5218661       +Credit One Bank,   335 Madison Ave,   New York, NY 10017-4611
5218662        Deimler Tire,   7297 Spring Rd,   Shermans Dale, PA 17090-8125
5218664        EOS CCA,   PO Box 981008,   Boston, MA 02298-1008
5218666       +Hawk Haynie Kammeyer & Smith,   116 E Berry St,   Fort Wayne, IN 46802-2497
5218651        James P Sheppard Esquire,   2201 N 2nd St,   Harrisburg, PA 17110-1007
5218668        Kevin G. McDonald Esquire,   KML Law Group,   701 Market St Ste 5000,
               Philadelphia, PA 19106-1541
5218670        Kubota Credit Coporation,   1000 Kubota Dr,   Grapevine, TX 76051-2334
5235813       +Kubota Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
5218673        M&T Bank,   PO Box 619063,   Dallas, TX 75261-9063
5218677        MRS BPO LLC,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
5218674        Macy's,   PO Box 9001094,   Louisville, KY 40290-1094
5218676        Midland Funding LLC,   320 E Big Beaver Rd Ste 300,   Troy, MI 48083-1271
5218680        PPL,   PO Box 25239,   Lehigh Valley, PA 18002-5239
5218678        Perferred Credit Inc,   628 Roosevelt Rd,   Saint Cloud, MN 56301-4867
5218681       +Preferred Credit,   628 Roosevelt Rd,   Saint Cloud, MN 56301-4867
5218683        Robert Whary,   213 McClellan Rd,   Halifax, PA 17032-9469
5218685        Triple Crown Services,   2720 Dupont Commerce Ct Ste 200,   Fort Wayne, IN 46825-2364
5218686        Triumph Community Bank,   2040 1st St # A,   Moline, IL 61265
5218688        Wags,   c/o Security Credit Services,   306 Enterprise Dr,   Oxford, MS 38655-2762
5218650        Whary Marsha Lynn,   255 State Route 147,   Dalmatia, PA 17017-7346
5218649        Whary Matthew Albert,   255 State Route 147,   Dalmatia, PA 17017-7346
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5218652        EDI: AFNIRECOVERY.COM Nov 14 2019 23:58:00     AFNI,   PO Box 3097,
               Bloomington, IL 61702-3097
5218653        EDI: CINGMIDLAND.COM Nov 14 2019 23:58:00     ATT Mobility,   PO Box 10330,
               Fort Wayne, IN 46851-0330
5241518       +EDI: ATLASACQU.COM Nov 14 2019 23:58:00     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
5218654        EDI: BANKAMER.COM Nov 14 2019 23:58:00     Bank of America,   PO Box 982238,
               El Paso, TX 79998-2238
5218656        EDI: CAPITALONE.COM Nov 14 2019 23:58:00     Capital One Bank,   PO Box 30281,
               Salt Lake City, UT 84130-0281
5223398        EDI: CAPITALONE.COM Nov 14 2019 23:58:00     Capital One Bank (USA), N.A.,
               by American InfoSource as agent,   PO Box 71083,   Charlotte, NC 28272-1083
5231167        EDI: BL-BECKET.COM Nov 14 2019 23:58:00     Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
5218658       +EDI: COMCASTCBLCENT Nov 14 2019 23:58:00     Comcast,   1 Comcast Ctr,
               Philadelphia, PA 19103-2899
5218659       +EDI: COMCASTCBLCENT Nov 14 2019 23:58:00     Comcast Communications,   1 Comcast Ctr,
               Philadelphia, PA 19103-2833
5218660        EDI: WFNNB.COM Nov 14 2019 23:58:00     Comenity Bank,   1 Righter Pkwy Ste 100,
               Wilmington, DE 19803-1533
5244722        EDI: Q3G.COM Nov 14 2019 23:58:00     Department Stores National Bank,   c/o Quantum3 Group LLC,
               PO Box 657,   Kirkland, WA 98083-0657
5242052        EDI: DIRECTV.COM Nov 14 2019 23:58:00     Directv, LLC,   by American InfoSource as agent,
               PO Box 5008,   Carol Stream, IL 60197-5008
5218663        E-mail/Text: bknotice@ercbpo.com Nov 14 2019 19:05:19     Enhanced Recovery Company,
               PO Box 57547,   Jacksonville, FL 32241-7547
5218665        E-mail/Text: Check.bksupport@globalpay.com Nov 14 2019 19:05:10     Global Check Payments,
               PO Box 59371,   Chicago, IL 60659-0371
5218667       +E-mail/Text: BKRMailOPS@weltman.com Nov 14 2019 19:05:14     Kay Jewelers,   375 Ghent Rd,
               Fairlawn, OH 44333-4600
5218669        E-mail/Text: bncnotices@becket-lee.com Nov 14 2019 19:05:11     Kohls,   PO Box 3115,
               Milwaukee, WI 53201-3115
5218672        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 19:17:33     LVNV Funding,
               c/o Resurgent Capital Services,   PO Box 1269,   Greenville, SC 29602-1269
5218671        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 19:18:04     LVNV Funding,
               PO Box 1269,   Greenville, SC 29602-1269
5224987        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 19:17:34     LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5240509        E-mail/Text: camanagement@mtb.com Nov 14 2019 19:05:13     M&T Bank,   PO Box 840,
               Buffalo, NY 14240
5218675        E-mail/Text: unger@members1st.org Nov 14 2019 19:05:26     Members 1st FCU,   5000 Louise Dr,
               Mechanicsburg, PA 17055-4899
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5218679         EDI: PRA.COM Nov 14 2019 23:58:00      Portfolio Recovery,   120 Corporate Blvd Ste 100,
                   Norfolk, VA   23502-4952
5244305         EDI: PRA.COM Nov 14 2019 23:58:00      Portfolio Recovery Associates, LLC,   POB 12914,
                   Norfolk VA 23541
5234057        +E-mail/Text: bankruptcynotices@psecu.com Nov 14 2019 19:05:24      PSECU,   PO BOX 67013,
                   HARRISBURG, PA 17106-7013
5218682         E-mail/Text: bankruptcynotices@psecu.com Nov 14 2019 19:05:24      PSECU,   1500 Elmerton Ave,
                   Harrisburg, PA 17110-9214
5244716         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 19:17:34
                   Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                   Greenville, SC 29603-0587
5218684         EDI: SWCR.COM Nov 14 2019 23:58:00      Southwest Credit Systems,
                   4120 International Pkwy # 1100,   Carrollton, TX  75007-1958
5240512         EDI: AIS.COM Nov 14 2019 23:58:00      Verizon,   by American InfoSource as agent,   PO Box 4457,
                   Houston, TX  77210-4457
5218687         EDI: VERIZONCOMB.COM Nov 14 2019 23:58:00      Verizon Wireless,   500 Technology Dr Ste 550,
                   Saint Charles, MO  63304-2225
5218689         EDI: BLUESTEM Nov 14 2019 23:58:00      WEB Bank Fingerhut,   215 S State St Ste 1000,
                   Salt Lake City, UT  84111-2336
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5242366*       +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:

```
              Atlas Acquisitions LLC    bk@atlasacq.com
              Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com, PitEcf@weltman.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor 2 Marsha Lynn Whary jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              James P Sheppard    on behalf of Debtor 1 Matthew Albert Whary jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Carmax Auto Finance, c/o Morton & Craig LLC
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                              TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Matthew Albert Whary, aka Matthew A. Whary, | Chapter 13 |
| **Debtor 1** | Case No. 4:19–bk–02876–RNO |
| Marsha Lynn Whary, aka Marsha L. Whary, | |
| **Debtor 2** | |

### Order

**IT IS ORDERED** that the case is hereby dismissed as to both Debtors for failure to comply with Order dated July 5, 2019.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: November 14, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)