```
                          United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 19-02876-RNO
Matthew Albert Whary                                            Chapter 13
Marsha Lynn Whary
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-4          User: KarenDavi             Page 1 of 2                   Date Rcvd: Nov 18, 2019
                              Form ID: pdf010             Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db/jdb         Matthew Albert Whary,    Marsha Lynn Whary,    255 State Route 147,     Dalmatia, PA 17017-7346
cr            +Carmax Auto Finance, c/o Morton & Craig LLC,    110 Marter Avenue,    Suite 301,
                Moorestown, NJ 08057-3124
5218654       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
5237355       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5218655        Buddy's Home Furnishings,    461 N Enola Rd,    Enola, PA 17025-2128
5231167        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
5218657        Carmax,   PO Box 440609,    Kennesaw, GA 30160-9511
5218661       +Credit One Bank,    335 Madison Ave,    New York, NY 10017-4611
5218662        Deimler Tire,    7297 Spring Rd,    Shermans Dale, PA 17090-8125
5242052        Directv, LLC,    by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL 60197-5008
5218664        EOS CCA,   PO Box 981008,    Boston, MA 02298-1008
5218666       +Hawk Haynie Kammeyer & Smith,    116 E Berry St,    Fort Wayne, IN 46802-2497
5218651        James P Sheppard Esquire,    2201 N 2nd St,    Harrisburg, PA 17110-1007
5218668        Kevin G. McDonald Esquire,    KML Law Group,    701 Market St Ste 5000,
                Philadelphia, PA 19106-1541
5218670        Kubota Credit Coporation,    1000 Kubota Dr,    Grapevine, TX 76051-2334
5235813       +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5218673        M&T Bank,   PO Box 619063,    Dallas, TX 75261-9063
5218677        MRS BPO LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
5218674        Macy's,   PO Box 9001094,    Louisville, KY 40290-1094
5218676        Midland Funding LLC,    320 E Big Beaver Rd Ste 300,    Troy, MI 48083-1271
5218680        PPL,   PO Box 25239,    Lehigh Valley, PA 18002-5239
5218678        Perferred Credit Inc,    628 Roosevelt Rd,    Saint Cloud, MN 56301-4867
5218681       +Preferred Credit,    628 Roosevelt Rd,    Saint Cloud, MN 56301-4867
5218683        Robert Whary,    213 McClellan Rd,    Halifax, PA 17032-9469
5218685        Triple Crown Services,    2720 Dupont Commerce Ct Ste 200,    Fort Wayne, IN 46825-2364
5218686        Triumph Community Bank,    2040 1st St # A,    Moline, IL 61265
5218688        Wags,   c/o Security Credit Services,    306 Enterprise Dr,    Oxford, MS 38655-2762
5218650        Whary Marsha Lynn,    255 State Route 147,    Dalmatia, PA 17017-7346
5218649        Whary Matthew Albert,    255 State Route 147,    Dalmatia, PA 17017-7346

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5218652        E-mail/Text: EBNProcessing@afni.com Nov 18 2019 19:19:18      AFNI,   PO Box 3097,
                Bloomington, IL 61702-3097
5218653        E-mail/Text: g20956@att.com Nov 18 2019 19:19:24      ATT Mobility,   PO Box 10330,
                Fort Wayne, IN 46851-0330
5241518       +E-mail/Text: bnc@atlasacq.com Nov 18 2019 19:19:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
5218656        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 18 2019 19:14:52      Capital One Bank,
                PO Box 30281,   Salt Lake City, UT 84130-0281
5223398        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 18 2019 19:15:26
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
5218658       +E-mail/Text: documentfiling@lciinc.com Nov 18 2019 19:18:57      Comcast,   1 Comcast Ctr,
                Philadelphia, PA 19103-2899
5218659       +E-mail/Text: documentfiling@lciinc.com Nov 18 2019 19:18:57      Comcast Communications,
                1 Comcast Ctr,    Philadelphia, PA 19103-2833
5218660        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 18 2019 19:19:08      Comenity Bank,
                1 Righter Pkwy Ste 100,    Wilmington, DE 19803-1533
5244722        E-mail/Text: bnc-quantum@quantum3group.com Nov 18 2019 19:19:10
                Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
5242052        E-mail/Text: G06041@att.com Nov 18 2019 19:19:21      Directv, LLC,
                by American InfoSource as agent,    PO Box 5008,   Carol Stream, IL 60197-5008
5218663        E-mail/Text: bknotice@ercbpo.com Nov 18 2019 19:19:17      Enhanced Recovery Company,
                PO Box 57547,   Jacksonville, FL 32241-7547
5218665        E-mail/Text: Check.bksupport@globalpay.com Nov 18 2019 19:18:58      Global Check Payments,
                PO Box 59371,   Chicago, IL 60659-0371
5218667       +E-mail/Text: BKRMailOPS@weltman.com Nov 18 2019 19:19:08      Kay Jewelers,   375 Ghent Rd,
                Fairlawn, OH 44333-4600
5218669        E-mail/Text: bncnotices@becket-lee.com Nov 18 2019 19:19:01      Kohls,   PO Box 3115,
                Milwaukee, WI 53201-3115
5218672        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 18 2019 19:26:04      LVNV Funding,
                c/o Resurgent Capital Services,    PO Box 1269,   Greenville, SC 29602-1269
5218671        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 18 2019 19:15:37      LVNV Funding,
                PO Box 1269,   Greenville, SC 29602-1269
5224987        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 18 2019 19:26:13      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5240509        E-mail/Text: camanagement@mtb.com Nov 18 2019 19:19:07      M&T Bank,   PO Box 840,
                Buffalo, NY 14240
```

```
District/off: 0314-4            User: KarenDavi             Page 2 of 2             Date Rcvd: Nov 18, 2019
                                Form ID: pdf010             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5218675        E-mail/Text: unger@members1st.org Nov 18 2019 19:19:29     Members 1st FCU,   5000 Louise Dr,
               Mechanicsburg, PA  17055-4899
5218679        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2019 19:15:31
               Portfolio Recovery,   120 Corporate Blvd Ste 100,   Norfolk, VA  23502-4952
5244305        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2019 19:15:31
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5234057       +E-mail/Text: bankruptcynotices@psecu.com Nov 18 2019 19:19:26     PSECU,   PO BOX 67013,
               HARRISBURG, PA 17106-7013
5218682        E-mail/Text: bankruptcynotices@psecu.com Nov 18 2019 19:19:26     PSECU,   1500 Elmerton Ave,
               Harrisburg, PA  17110-9214
5244716        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 18 2019 19:26:04
               Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
5218684        E-mail/Text: bankruptcy@sw-credit.com Nov 18 2019 19:19:15     Southwest Credit Systems,
               4120 International Pkwy # 1100,   Carrollton, TX  75007-1958
5240512        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 18 2019 19:26:24     Verizon,
               by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
5218687        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 18 2019 19:18:56
               Verizon Wireless,   500 Technology Dr Ste 550,   Saint Charles, MO  63304-2225
5218689        E-mail/Text: bnc-bluestem@quantum3group.com Nov 18 2019 19:19:25     WEB Bank Fingerhut,
               215 S State St Ste 1000,   Salt Lake City, UT  84111-2336
                                                                                             TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5242366*     +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
```
          Atlas Acquisitions LLC    bk@atlasacq.com
          Brian Thomas Langford    on behalf of Creditor   PSECU PitEcf@weltman.com, PitEcf@weltman.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          James P Sheppard    on behalf of Debtor 2 Marsha Lynn Whary jamespsheppard@comcast.net,
           dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
          James P Sheppard    on behalf of Debtor 1 Matthew Albert Whary jamespsheppard@comcast.net,
           dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Carmax Auto Finance, c/o Morton & Craig LLC
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                          TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| **Matthew Albert Whary** | : | |
| aka Matthew A. Whary | : | CASE NO. 4:19-bk-02876 RNO |
| **Marsha Lynn Whary** | : | |
| aka Marsha L. Whary | : | |
| | : | |
| **Debtors** | : | |

## ORDER

It is ordered that based upon the information averred in Debtors' Motion to Allow Payment of the Filing Fee and Reinstatement of the Case, the filing fee having been paid to the Clerk of Court on November 15, 2019, no objection to the Motion having been filed, the Chapter 13 case is hereby reinstated.

Dated: November 18, 2019

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (DG)