IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| Matthew Albert Whary | : | |
| aka Matthew A. Whary | : | CASE NO.  4:19-bk-02876 RNO |
| Marsha Lynn Whary | : | |
| aka Marsha L. Whary | : | |
| Debtors | : | |

**AMENDED ORDER OF COURT**
**PERMITTING INTERIM COMPENSATION**

Upon consideration of the Application of James P. Sheppard, Esquire, counsel for the Debtors in the above matter:

**IT IS HEREBY ORDERED AND DECREED** that the Application for Interim Compensation is approved, and the attorney and paralegal fees of $2,125.00 and costs of $64.00 are approved.  The total of fees and costs is $2,189.00 for the time period of February 18, 2020 through June 30, 2020.  The $2,189.00 balance shall be paid by the Trustee from the Plan proceeds directly to the Applicant.