## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew Albert Whary aka Matthew A. Whary<br>Marsha Lynn Whary aka Marsha L. Whary<br>Debtors | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>Movant<br>vs.<br>Matthew Albert Whary aka Matthew A. Whary<br>Marsha Lynn Whary aka Marsha L. Whary<br>Debtors | NO. 19-02876 RNO |
| Charles J. DeHart, III, Esquire<br>Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Response to Notice of Final Cure of M&T Bank, which was filed with the Court on or about March 22, 2021 (Doc. No. 70). The incorrect pleading caption was used, and a corrected pleading for the Stipulation was filed on March 22, 2021 (Doc. No. 71).

        Respectfully submitted,

        */s/ Rebecca A. Solarz, Esquire*
        Rebecca A. Solarz, Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        Phone: (215)-627-1322

Dated: March 22, 2021