IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*******************************************************************************************

| | ) | |
|---|---|---|
| IN RE: | ) | |
| | ) | BK. 19-02876-HWV |
| MATTHEW ALBERT WHARY | ) | |
| and MARSHA LYNN WHARY, | ) | |
| | ) | |
| | ) | Chapter 13 |
| DEBTORS | ) | |
| | ) | |

*******************************************************************************************

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (CLAIM #22)

Township of Halifax ("Municipality") filed a claim on February 17, 2020 in the above-captioned case. The Municipality hereby withdraws this amended claim as such claim was filed untimely. Such withdrawal shall have no impact on any other proof(s) of claim filed by the Municipality in the above-captioned case.

        Respectfully submitted,

        KRATZENBERG, LAZZARO, LAWSON & VINCENT


        /s/ Michael Mazzella
        Michael Mazzella, Esquire
        PA I.D. No. 321153
        546 Wendel Road
        Irwin, PA 15642
        Telephone (724) 978-0333
        Facsimile (724) 978-0339
        ymmerdian@keystonecollects.com
        Attorney for Township of Halifax