IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*********************************************************************************

| | |
|---|---|
| IN RE:<br><br>MATTHEW ALBERT WHARY<br>and MARSHA LYNN WHARY,<br><br>    DEBTORS | )<br>)<br>)   BK. 19-02876-HWV<br>)<br>)<br>)<br>)   Chapter 13<br>)<br>)<br>) |

*********************************************************************************

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (CLAIM #23)

Line Mountain School District ("School District") filed a claim on February 17, 2020 in the above-captioned case. The School District hereby withdraws this amended claim as such claim was filed untimely. Such withdrawal shall have no impact on any other proof(s) of claim filed by the School District in the above-captioned case.

                            Respectfully submitted,

                            KRATZENBERG, LAZZARO, LAWSON & VINCENT

                            /s/ Michael Mazzella
                            Michael Mazzella, Esquire
                            PA I.D. No. 321153
                            546 Wendel Road
                            Irwin, PA 15642
                            Telephone (724) 978-0333
                            Facsimile (724) 978-0339
                            ymmerdian@keystonecollects.com
                            Attorney for Line Mountain School District