IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

***

| IN RE: | ) | |
| --- | --- | --- |
| | ) | BK. 19-02876-HWV |
| MATTHEW ALBERT WHARY | ) | |
| and MARSHA LYNN WHARY, | ) | |
| | ) | Chapter 13 |
| DEBTORS | ) | |

***

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (CLAIM #24)

Township of Lower Mahanoy ("Municipality") filed a claim on February 17, 2020 in the above-captioned case. The Municipality hereby withdraws this amended claim as such claim was filed untimely. Such withdrawal shall have no impact on any other proof(s) of claim filed by the Municipality in the above-captioned case.

Respectfully submitted,

KRATZENBERG, LAZZARO, LAWSON & VINCENT

   /s/ Michael Mazzella
Michael Mazzella, Esquire
PA I.D. No. 321153
546 Wendel Road
Irwin, PA 15642
Telephone (724) 978-0333
Facsimile (724) 978-0339
ymmerdian@keystonecollects.com
Attorney for Township of Lower Mahanoy