United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Matthew Albert Whary  
Marsha Lynn Whary  
    Debtors

Case No. 19-02876-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 17, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Yvonne Michelle Merdian, Kratzenberg, Lazzaro, Lawson & Vincent, 546 Wendel Road, Suite 300, Irwin, PA 15642-7539 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Brian Thomas Langford | on behalf of Creditor PSECU PitEcf@weltman.com  PitEcf@weltman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| James P Sheppard | on behalf of Debtor 1 Matthew Albert Whary jamespsheppard@comcast.net dabsheppardlaw@comcast.net;G22576@notify.cincompass.com |
| James P Sheppard | |

| | |
|---|---|
| | on behalf of Debtor 2 Marsha Lynn Whary jamespsheppard@comcast.net dabsheppardlaw@comcast.net;G22576@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Carmax Auto Finance c/o Morton & Craig LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **MATTHEW ALBERT WHARY ka MATTHEW A. WHARY** Debtor 1 | Chapter: 13 |
| **MARSHA LYNN WHARY aka MARSHA L. WHARY** Debtor 2 | Case No.: 4-19-bk-02876-HWV |
| | Document No.: 83 |
| | Nature of Proceeding: Proof of Claim #21 |

## ORDER APPROVING WITHDRAWAL

IT APPEARING that an answer or objection has been filed regarding this matter, **IT IS HEREBY**

**ORDERED** that the Withdrawal filed May 14, 2021 regarding Proof of Claim #21 is APPROVED.

Dated: May 17, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MS)

Ord Approving Withdrawal   Revised 04/18