IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| Matthew Albert Whary | : | |
| aka Matthew A. Whary | : | CASE NO. 4:19-bk-02876-MJC |
| Marsha Lynn Whary | : | |
| aka Marsha L. Whary | : | |
| | : | |
| Debtors | : | |

## 2nd AMENDED ORDER TO PAY TRUSTEE

Upon consideration of the above-named Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court the entity from whom the Debtor receives income:

**CKC Trucking, Inc.**
**188 Derl Road**
**Herndon, PA 17830**

deduct from said income the sum of $80.77 per bi-weekly pay, which equals $175.00 monthly, beginning on the next pay day following receipt of this Order, and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

**JACK N. ZAHAROPOULOS**
**Chapter 13 Trustee**
**PO Box 6008**
**Memphis TN 38101-6008**

IT IS FURTHER ORDERED that checks issued to the Trustee pursuant to this order shall include the above-captioned docket number on the face of the check.

IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, support or union dues be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that if the Debtor becomes the employee of a different employer, this order shall be deemed amended to substitute the new employer as the payor.

IT IS FURTHER ORDERED that this Order shall terminate without further order on January 31, 2023 if it is not terminated by earlier order or by conversion or dismissal of the case or by written correspondence from the Trustee.