United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-02876-MJC |
| Matthew Albert Whary | Chapter 13 |
| Marsha Lynn Whary | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 24, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | CKC TRUCKING INC, 188 DERL ROAD, HERNDON, PA 17830-6944 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Brian Thomas Langford | on behalf of Creditor PSECU PitEcf@weltman.com PitEcf@weltman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Lisa A Rynard | on behalf of Debtor 2 Marsha Lynn Whary larynard@larynardlaw.com |
| Lisa A Rynard | |

on behalf of Debtor 1 Matthew Albert Whary larynard@larynardlaw.com

Rebecca Ann Solarz

on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Carmax Auto Finance  c/o Morton & Craig LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| Matthew Albert Whary | : | |
| aka Matthew A. Whary | : | CASE NO.   4:19-bk-02876-MJC |
| Marsha Lynn Whary | : | |
| aka Marsha L. Whary | : | |
| | : | |
| Debtors | : | |

## 2nd AMENDED ORDER TO PAY TRUSTEE

Upon consideration of the above-named Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court the entity from whom the Debtor receives income:

**CKC Trucking, Inc.**
**188 Derl Road**
**Herndon, PA  17830**

deduct from said income the sum of $80.77 per bi-weekly pay, which equals $175.00 monthly, beginning on the next pay day following receipt of this Order, and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

**JACK N. ZAHAROPOULOS**
**Chapter 13 Trustee**
**PO Box 6008**
**Memphis TN  38101-6008**

IT IS FURTHER ORDERED that checks issued to the Trustee pursuant to this order shall include the above-captioned docket number on the face of the check.

IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, support or union dues be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that if the Debtor becomes the employee of a different employer, this order shall be deemed amended to substitute the new employer as the payor.

IT IS FURTHER ORDERED that this Order shall terminate without further order on January 31, 2023 if it is not terminated by earlier order or by conversion or dismissal of the case or by written correspondence from the Trustee.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 24, 2022