B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Matthew Albert Whary / Marsha Lynn Whary**, Debtor(s)

Case No. **4-19-02876-MJC**
Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept $ *illegible*
   Prior to the filing of this statement I have received $ 0
   Balance Due $ 1,112.12

2. The source of the compensation paid to me was:
   ■ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ■ Debtor  ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
      **See Exhibit "A"**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **See Exhibit "A"**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 27, 2022**
Date

/s/ **Lisa A. Rynard**
Lisa A. Rynard
*Signature of Attorney*
**Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754
(570) 505-3289  Fax: (570) 980-9414
larynard@larynardlaw.com**
*Name of law firm*

# EXHIBIT "A"

Debtor's counsel will keep a record of all time invested in this case by counsel and paralegals. The hourly rate for Debtor's counsel is $250.00 per hour. The hourly rate for paralegal time is $120.00 per hour. These hourly rates are subject to revision at the end of each calendar year. Any fees sought are subject to Court approval.