In re:  Case No. 19-02876-MJC
Matthew Albert Whary  Chapter 13
Marsha Lynn Whary
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Dec 06, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

**Recip ID     Recipient Name and Address**
+   CKC TRUCKING INC, 188 DERL ROAD, HERNDON, PA 17830-6944

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:

**Name**     **Email Address**

Atlas Acquisitions LLC
    bk@atlasacq.com

Brian C Nicholas
    on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Brian Thomas Langford
    on behalf of Creditor PSECU PitEcf@weltman.com PitEcf@weltman.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

Lisa A Rynard

| | |
|---|---|
| Lisa A Rynard | on behalf of Debtor 2 Marsha Lynn Whary larynard@larynardlaw.com |
| | on behalf of Debtor 1 Matthew Albert Whary larynard@larynardlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Carmax Auto Finance c/o Morton & Craig LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
: CASE NO: 4-19-bk-02876-MJC
MATTHEW ALBERT WHARY :
MARSHA LYNN WHARY :
    Debtors. :

## ORDER

Upon consideration of Debtors' Motion to Terminate Wage Attachment, Dkt. # 130 ("Motion"), and it appearing that Debtors wish to terminate the wage attachment, it is hereby

**ORDERED** that the Motion is hereby **GRANTED** and the Wage Attachment entered in the herein case pursuant to Order dated March 24, 2022 is hereby terminated; and it is

**FURTHER ORDERED** that CKC Trucking, Inc. shall terminate the wage attachment.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 6, 2022