UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MATTHEW ALBERT WHARY
A/K/A MATTHEW A. WHARY
MARSHA LYNN WHARY
A/K/A MARSHA L. WHARY

CHAPTER 13

CASE NO: 4-19-02876MJC

Debtor(s)

## FUNDS REMITTED TO COURT

Please find hereto check number 9015447 in the amount of $408.86 representing unclaimed funds owed to Debtor(s), Matthew Albert Whary and Marsha Lynn Whary. Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that Trustee has been unable to locate said Debtor(s). Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999 | MATTHEW ALBERET WHARY<br>MARSHA LYNN WHARY<br>255 STATE ROUTE 147<br>DALMATIA, PA  17017 | $408.86 |

Dated: December 13, 2022

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com