United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-02876-MJC
Matthew Albert Whary  Chapter 13
Marsha Lynn Whary
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 4
Date Rcvd: Feb 17, 2023      Form ID: fnldecnd      Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Matthew Albert Whary, Marsha Lynn Whary, 255 State Route 147, Dalmatia, PA 17017-7346 |
| aty | + | Yvonne Michelle Merdian, Kratzenberg, Lazzaro, Lawson & Vincent, 546 Wendel Road, Suite 300, Irwin, PA 15642-7539 |
| cr | + | Carmax Auto Finance, c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| cr | + | Halfax Area School District c/o Keystone Collectio, 546 Wendel Road, Irwin, PA 15642, UNITED STATES OF AMERICA 15642-7539 |
| cr | + | Halifax Township c/o Keystone Collections Group, 546 Wendel Avenue, Irwin, PA 15642-7539 |
| cr | + | Line Mountain School District c/o Keystone Collect, 546 Wendel Road, Irwin, PA 15642-7539 |
| cr | + | Lower Mahanoy Township c/o Keystone Collections Gr, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5218655 | | Buddy's Home Furnishings, 461 N Enola Rd, Enola, PA 17025-2128 |
| 5280494 | + | Buddys Home Furnishings, 461 North Enola Road, Enola, PA 17025-2128 |
| 5218661 | + | Credit One Bank, 335 Madison Ave, New York, NY 10017-4611 |
| 5218662 | | Deimler Tire, 7297 Spring Rd, Shermans Dale, PA 17090-8125 |
| 5302333 | + | Halifax Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5302334 | + | Halifax Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5218666 | + | Hawk Haynie Kammeyer & Smith, 116 E Berry St, Fort Wayne, IN 46802-2497 |
| 5218668 | | Kevin G. McDonald Esquire, KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5218670 | | Kubota Credit Coporation, 1000 Kubota Dr, Grapevine, TX 76051-2334 |
| 5302335 | + | Line Mountain School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5302337 | + | Lower Mahanoy Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5218680 | | PPL, PO Box 25239, Lehigh Valley, PA 18002-5239 |
| 5218678 | | Perferred Credit Inc, 628 Roosevelt Rd, Saint Cloud, MN 56301-4867 |
| 5218683 | | Robert Whary, 213 McClellan Rd, Halifax, PA 17032-9469 |
| 5218686 | | Triumph Community Bank, 2040 1st St # A, Moline, IL 61265 |
| 5218689 | | WEB Bank Fingerhut, 215 S State St Ste 1000, Salt Lake City, UT 84111-2336 |
| 5218650 | | Whary Marsha Lynn, 255 State Route 147, Dalmatia, PA 17017-7346 |
| 5218649 | | Whary Matthew Albert, 255 State Route 147, Dalmatia, PA 17017-7346 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5218652 | Email/Text: EBNProcessing@afni.com | Feb 17 2023 18:39:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 5241518 | Email/Text: bnc@atlasacq.com | Feb 17 2023 18:39:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5218653 | Email/Text: g20956@att.com | Feb 17 2023 18:39:00 | ATT Mobility, PO Box 10330, Fort Wayne, IN 46851-0330 |
| 5218654 | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 17 2023 18:39:00 | Bank of America, PO Box 982238, El Paso, TX |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 5237355 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 17 2023 18:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5218657 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Feb 17 2023 18:39:00 | Carmax, PO Box 440609, Kennesaw, GA 30160-9511 |
| 5218656 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 18 2023 11:43:40 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5223398 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 18 2023 11:43:40 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5231167 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2023 18:53:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5218658 | + | Email/Text: documentfiling@lciinc.com | Feb 17 2023 18:39:00 | Comcast, 1 Comcast Ctr, Philadelphia, PA 19103-2899 |
| 5218659 | + | Email/Text: documentfiling@lciinc.com | Feb 17 2023 18:39:00 | Comcast Communications, 1 Comcast Ctr, Philadelphia, PA 19103-2833 |
| 5218660 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 17 2023 18:39:00 | Comenity Bank, 1 Righter Pkwy Ste 100, Wilmington, DE 19803-1533 |
| 5218674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2023 19:03:08 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 5244722 | | Email/Text: bnc-quantum@quantum3group.com | Feb 17 2023 18:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5242052 | | Email/Text: G06041@att.com | Feb 17 2023 18:39:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5218664 | | Email/Text: bankruptcydepartment@tsico.com | Feb 17 2023 18:39:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 5218663 | | Email/Text: bknotice@ercbpo.com | Feb 17 2023 18:39:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 5218665 | | Email/Text: Check.bksupport@globalpay.com | Feb 17 2023 18:39:00 | Global Check Payments, PO Box 59371, Chicago, IL 60659-0371 |
| 5218667 | + | Email/Text: BKRMailOPS@weltman.com | Feb 17 2023 18:39:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 5218669 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 17 2023 18:39:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5235813 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Feb 17 2023 18:39:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5218672 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 18:52:47 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 5218671 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 18:52:47 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5224987 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 18:52:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5240509 | | Email/Text: camanagement@mtb.com | Feb 17 2023 18:39:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5218673 | | Email/Text: camanagement@mtb.com | Feb 17 2023 18:39:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 5218677 | ^ | MEBN | Feb 17 2023 18:37:28 | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5218675 | | Email/Text: unger@members1st.org | Feb 17 2023 18:39:00 | Members 1st FCU, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5218676 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 17 2023 18:39:00 | Midland Funding LLC, 320 E Big Beaver Rd Ste |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 300, Troy, MI 48083-1271 |
| 5218679 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2023 18:52:53 | | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5244305 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2023 18:52:59 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5218681 | | Email/Text: banko@preferredcredit.com Feb 17 2023 18:39:00 | | Preferred Credit, 628 Roosevelt Rd, Saint Cloud, MN 56301 |
| 5234057 | + | Email/Text: bankruptcynotices@psecu.com Feb 17 2023 18:39:00 | | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5218682 | | Email/Text: bankruptcynotices@psecu.com Feb 17 2023 18:39:00 | | PSECU, 1500 Elmerton Ave, Harrisburg, PA 17110-9214 |
| 5244716 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 17 2023 18:52:59 | | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5443215 | + | Email/Text: enotifications@santanderconsumerusa.com Feb 17 2023 18:39:00 | | Santander Consumer USA Inc, PO Box 961288, Fort Worth, TX 76161-0288 |
| 5436767 | + | Email/Text: enotifications@santanderconsumerusa.com Feb 17 2023 18:39:00 | | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5218684 | | Email/Text: bankruptcy@sw-credit.com Feb 17 2023 18:39:00 | | Southwest Credit Systems, 4120 International Pkwy # 1100, Carrollton, TX 75007-1958 |
| 5240512 | | Email/PDF: ebn_ais@aisinfo.com Feb 17 2023 18:52:46 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5218687 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 17 2023 18:39:00 | | Verizon Wireless, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 5218688 | | Email/Text: cs@securitycreditservicesllc.com Feb 17 2023 18:39:00 | | Wags, c/o Security Credit Services, 306 Enterprise Dr, Oxford, MS 38655-2762 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5242366 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5218651 | ## | James P Sheppard Esquire, 2201 N 2nd St, Harrisburg, PA 17110-1007 |
| 5218685 | ## | Triple Crown Services, 2720 Dupont Commerce Ct Ste 200, Fort Wayne, IN 46825-2364 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian Thomas Langford | on behalf of Creditor PSECU PitEcf@weltman.com PitEcf@weltman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Lisa A Rynard | on behalf of Debtor 1 Matthew Albert Whary larynard@larynardlaw.com |
| Lisa A Rynard | on behalf of Debtor 2 Marsha Lynn Whary larynard@larynardlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor Carmax Auto Finance c/o Morton & Craig LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Matthew Albert Whary,<br>aka Matthew A. Whary, | Chapter 13 |
| **Debtor 1** | Case No. 4:19−bk−02876−MJC |
| Marsha Lynn Whary,<br>aka Marsha L. Whary, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−9167    xxx−xx−2277

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Matthew Albert Whary and Marsha Lynn Whary** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 17, 2023

**fnldec** (01/22)